**1**

**In the Matter of George SHAPIRO and William Sluzin, Individually and as Copartners Trading as Westchester Cloak House, Bankrupts. Miller-Meinen Corporation, Petitioner-Appellant.**

(Circuit Court of Appeals, Second Circuit. October 20, 1925.)

No. 10.

Petition to Revise Order of and Appeal from the District Court of the United States for the Southern District of New York.

Otterbourg, Steindler & Houston, of New York City (Charles A. Houston and Edward F. Unger, both of New York City, of counsel), for appellant.

Allen R. Memhard, of New York City (George Trosk, of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Affirmed, on the authority of In re Fishel et al., 198 F. 464, 117 C. C. A. 224.

---

**2**

**Mrs. Ada V. SMITH, Plaintiff in Error, v. FEDERAL LIFE INSURANCE COMPANY, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. November 23, 1925.)

No. 4610.

In Error to the District Court of the United States for the Northern District of Texas; Wm. H. Atwell, Judge.

For opinion below see 6 F.(2d) 283.

Henry C. Coke, Alex S. Coke, Rosser J. Coke, and Thomas G. Murnane, all of Dallas, Tex., for plaintiff in error.

Lawrence C. McBride and Charles F. O'Donnell, both of Dallas, Tex. (Cockrell, McBride, O'Donnell & Hamilton, of Dallas, Tex., on the brief), for defendant in error.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. This is an action on an insurance policy, which provides against loss resulting from death from bodily injury effected through external, violent, or accidental means. The District Court directed a verdict for the insurance company. The facts are very similar to the facts in Carswell v. Railway Mail Association, 8 F.(2d) 612, decided by this court October 21, 1925, in which it was held that the plaintiff was not entitled to recover, and the question of law involved is the same.

Following the decision in the cited case, the judgment is affirmed.